UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD M. CULLEN AND,
MARY C. CULLEN,

        Plaintiffs,

v.

CITY OF ST. IGNACE, et al.,

        Defendants.
_____/

Case No. 2:21-cv-76

Hon. Hala Y. Jarbou
U.S. District Judge

## ORDER OF RECUSAL

In accordance with 28 U.S.C. § 455(a) and (b)(3), I hereby disqualify myself from all further proceedings in this case. The Clerk's Office shall reassign the case pursuant to the approved procedure.

    IT IS ORDERED

Date: April 22, 2021

/s/ *Maarten Vermaat*
MAARTEN VERMAAT
U.S. MAGISTRATE JUDGE