UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD M. CULLEN, et al.,

    Plaintiffs,

v.

CITY OF ST. IGNACE, et al.,

    Defendants.

_____/

Case No. 2:21-cv-76

Hon. Hala Y. Jarbou

## ORDER TO SHOW CAUSE

The court records reveal that Plaintiffs served a summons and complaint on Defendants Anthony D. Brown, Darcy D. Long, County of Mackinac, and the City of St. Ignace on April 26, 2021 (ECF No. 7, 8, 11, and 12) and these defendants have failed to file a response within the time allowed in the court rules.  The court records further indicate that Plaintiffs have failed to move for an entry of default against these defendants.  Therefore,

**IT IS ORDERED** that Plaintiffs shall, not later than **June 3, 2021**, move for an entry of default against Defendants Anthony D. Brown, Darcy D. Long, County of Mackinac, and the City of St. Ignace or show cause in writing why the Court should not dismiss the case against Defendants Anthony D. Brown, Darcy D. Long, County of Mackinac, and the City of St. Ignace for lack of prosecution pursuant to W.D. Mich. LCivR 41.1.

Dated:  May 20, 2021                  /s/ Hala Y. Jarbou
                                                                     HALA Y. JARBOU
                                                                     UNITED STATES DISTRICT JUDGE