UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD M. CULLEN, et al.,

    Plaintiffs,

v.

CITY OF ST. IGNACE, et al.,

    Defendants.

_____/

Case No. 2:21-cv-76

Hon. Hala Y. Jarbou

## ORDER

According to the Court's records, Plaintiffs filed their complaint in April 2021. Defendants answered that complaint on June 22, 2021. Plaintiffs then filed an amended complaint on July 15, 2021. Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure permits amendment of a pleading once as a matter of course within 21 days after service of a responsive pleading. All other amendments require the opposing party's consent or the Court's leave.

Because Defendants answered the complaint, it appears that Plaintiffs could have filed an amended complaint without leave as late as July 13, 2021. They did not do so. And they did not seek the Court's leave to file their amended complaint. Also, there is no indication that Defendants consented to it. Accordingly,

**IT IS ORDERED** that Plaintiffs shall, within 7 days of the date of this order, **SHOW CAUSE** why the Court should not strike the amended complaint (ECF No. 23) as improperly filed.

Dated: July 20, 2021

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE