UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD M. CULLEN, et al.,

    Plaintiffs,

v.

CITY OF ST. IGNACE, et al.,

    Defendants.

_____/

Case No. 2:21-cv-76

Hon. Hala Y. Jarbou

## ORDER OF DISMISSAL

This Court having sent to counsel for Plaintiffs a Notice of Impending Dismissal (ECF No. 22) as to Defendants Melissa Watson and Phil Smith and having heard no response:

NOW THEREFORE, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this matter is hereby **DISMISSED** without prejudice as to Defendants Melissa Watson and Phil Smith.

**IT IS SO ORDERED**.

Dated: July 20, 2021

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE