**EXHIBIT 8**

July 16, 2021 Email String with Defendants' Attorneys

## Gary Miotke

| | |
|---|---|
| **From:** | Lauri Stewart <LStewart@kerr-russell.com> |
| **Sent:** | Friday, July 16, 2021 9:01 AM |
| **To:** | Fosmire, M. Sean; Gary Miotke |
| **Subject:** | RE: Cullen v St. Ignace |

same

**Lauri B. Stewart**
*Attorney*



**Kerr, Russell and Weber, PLC**
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
P: (313) 961-0200 | F: (313) 961-0388 | D: (313) 484-3819

    kerr-russell.com

NOTICE: The information contained in the above message is attorney privileged and confidential information solely for the use of the intended recipient. If the reader of this message is not the intended recipient, the reader is notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify Kerr, Russell and Weber, PLC by telephone at 313-961-0200.

**From:** Fosmire, M. Sean <Sean.Fosmire@kitch.com>
**Sent:** Thursday, July 15, 2021 3:46 PM
**To:** Gary Miotke <gmiotke@miotkelawoffice.com>
**Cc:** Lauri Stewart <LStewart@kerr-russell.com>
**Subject:** [EXTERNAL] Cullen v St. Ignace

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I note the filing of the amended complaint but there was no motion/order and no stipulation. I will agree to sign a stipulation, even after the fact.

M. Sean Fosmire
sean.fosmire@kitch.com

**EXHIBIT 8**