UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD M. CULLEN, et al.,

       Plaintiffs,                    Case No. 2:21–cv–76

v.                                  Hon. Hala Y. Jarbou

ST. IGNACE, CITY OF, et al.,

       Defendants.
_____/

## ORDER

The Court having reviewed the parties' Joint Motion to Extend the Discovery Date and the Dispositive Motion Date (ECF No. 71), **IT IS ORDERED** that the parties' joint motion (ECF No. 71) is **GRANTED IN PART and DENIED IN PART**. The discovery deadline is extended to **September 15, 2022**. Dispositive motions are due by **October 17, 2022**. There shall be no further extensions granted.

    IT IS SO ORDERED.

Dated:  July 15, 2022                                  /s/ Hala Y. Jarbou
                                                           HALA Y. JARBOU
                                                           United States District Judge