UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD M. CULLEN and MARY C. CULLEN,

    Plaintiff,

v

CITY OF ST. IGNACE a/k/a CITY OF SAINT IGNACE, ANTHONY D. BROWN, DARCY D. LONG, CONSTANCE A LITZNER, COUNTY OF MACKINAC, SCOTT A. STRAIT, and CARYN MARIE MICHALAK, individually and in their official capacities, and jointly and severally,

    Defendant.

Civil Case No.: 2:21-cv-000076

Honorable Hala Y. Jarbou

_____/

Gary T. Miotke (P41813)
MIOTKE LAW OFFICE
Attorney for Plaintiffs
6828 Park Avenue
Allen Park, MI  48101
(313) 388-4809
gmiotke@miotkelawoffice.com

Thomas J. Gezon (P24066)
SMIETANKA LAW GROUP
Attorneys for Deft Michalak
4175 Parkway Place Drive, SW, Ste. 104
P.O. Box 336
Grandville, MI  49468
(616) 667-2217
tjg@smietankalaw.com

M. Sean Fosmire (P31737)
KITCH DRUTCHAS WAGNER
VALITUTTI & SHERBROOK
Attys for Defts City, Brown, Long, and Litzner
321 N. Front Street
Marquette, MI  49855
(906) 228-0001
sean.fosmire@kitch.com

Lauri B. Stewart (P55014)
KERR RUSSELL AND WEBER, PLC
Attys for Defts. County of Mackinac and Strait
500 Woodward Ave., Suite 2500
Detroit, MI  49226
(313) 961-0200
LStewart@kerr-russell.com

## DEFENDANT LITZNER'S
## MOTION FOR JUDGMENT ON THE PLEADINGS
## AND FOR SUMMARY JUDGMENT

    Defendant Connie Litzner, by her attorneys, Kitch Drutchas Wagner Valitutti & Sherbrook, submits the following as her early motion for Judgment on the Pleadings under FRCP 12(c) and/or Summary Judgment under FRCP 56, and in support thereof states:

    1.    The moving defendant was the mayor of the City of St. Ignace from 2017 to 2021,

MAR01:85482.1

during the time that the events at issue in this lawsuit occurred.

2. As mayor, she had no responsibility and authority over the issues involved in this case.

3. She did not have the authority to fire Richard Cullen. She did not fire Richard Cullen.

4. She did not take any adverse employment action as to Richard Cullen.

5. She did not have involvement in the decision that was made as to the release of documentation under the Freedom of Information Act to a person requesting it, as that request pertains to the issues involved in this case.

6. As to the central actions and the claims that have been generally asserted against the "city defendants" in this case, the complaint fails to state facts that would support the claims as they pertain to the moving defendant.

7. As to certain of the claims, facts have been developed in the course of depositions. As to those claims, there is no genuine issue of material fact between the parties and defendant Litzner is entitled to summary judgment in her favor as a matter of law based on those undisputed facts.

8. Defendant certifies that there has been an effort to obtain concurrence from the opposing party on these matters, and concurrence has not been forthcoming.

For these reasons, the moving defendant request that her motion be granted.

                                                  KITCH DRUTCHAS WAGNER
                                                  VALITUTTI & SHERBROOK

Dated:  August 15, 2022                    By:____/s/ *M. Sean Fosmire*_____
                                                      M. Sean Fosmire