UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD M. CULLEN and MARY C. CULLEN,

    Plaintiff,

v

CITY OF ST. IGNACE a/k/a CITY OF SAINT IGNACE, ANTHONY D. BROWN, DARCY D. LONG, CONSTANCE A LITZNER, COUNTY OF MACKINAC, SCOTT A. STRAIT, and CARYN MARIE MICHALAK, individually and in their official capacities, and jointly and severally,

    Defendant.

Civil Case No.: 2:21-cv-000076

Honorable Hala Y. Jarbou

_____/

| | |
|---|---|
| Gary T. Miotke (P41813)<br>MIOTKE LAW OFFICE<br>Attorney for Plaintiffs<br>6828 Park Avenue<br>Allen Park, MI  48101<br>(313) 388-4809<br>gmiotke@miotkelawoffice.com<br><br>Thomas J. Gezon (P24066)<br>SMIETANKA LAW GROUP<br>Attorneys for Deft Michalak<br>4175 Parkway Place Drive, SW, Ste. 104<br>P.O. Box 336<br>Grandville, MI  49468<br>(616) 667-2217<br>tjg@smietankalaw.com | M. Sean Fosmire (P31737)<br>KITCH DRUTCHAS WAGNER<br>VALITUTTI & SHERBROOK<br>Attys for Defts City, Brown, Long, and Litzner<br>1440 West Ridge Street, Suite C<br>Marquette, MI  49855<br>(906) 228-0001<br>sean.fosmire@kitch.com |

**STIPULATION TO ADJOURN SETTLEMENT CONFERENCE**

The parties hereby stipulate to adjourn the Settlement Conference scheduled for January 4, 2023 at 1:30 p.m. to be set for a later date after the second session of Voluntary Facilitative Mediation, scheduled for January 18, 2023 in this matter.

Dated:  December 28, 2022

                                                                 /s/ Gary T. Miotke
                                                             Gary T. Miotke
                                                             Attorney for Plaintiffs

Dated: December 28, 2022            /s/ M. Sean Fosmire
M. Sean Fosmire
Attorney for City, Brown, Litzner & Long

Dated: December 28, 2022    By:   /s/ Thomas J. Gezon
Thomas J. Gezon
Attorney for Michalak

## ORDER

At a session of said Court, held on
the  29  day of  December , 2022

PRESENT:   Hon. Phillip J. Green U.S. Magistrate Judge

The Court having read the Stipulation and being fully advised in the premises;

IT IS HEREBY ORDERED that the Settlement Conference scheduled for 1/4/2023 is adjourned, to be set at a later date following the January 18, 2023.

   /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge

2